## James Jirkovsky, Jr., Minor, by James Jirkovsky, Sr., His Father and Next Friend, Appellee, v. Junice Elfman and Bernard J. Elfman, Appellants.

Gen. No. 42,496.

opinion filed May 19, 1944. Samuel Levin, for appellants; E. R. Shaw, of counsel; Royal W. Irwin, for appellee. Opinion by PRESIDING JUSTICE HEBEL. Not to be published in full.